No. 314.   HOFFA ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE WHITE and MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition.   *Jacob Kossman, Charles E. Davis* and *O. B. Cline, Jr.* for petitioners.   *Solicitor General Cox, Assistant Attorney General Miller, Robert S. Erdahl* and *Marie L. McCann* for the United States.

No. 317.   HARDWARE MUTUAL CASUALTY Co. *v.* McINTYRE;
No. 318.   UNITED STATES FIDELITY & GUARANTY Co. *v.* HART; and
· No. 319.   STANDARD ACCIDENT INSURANCE Co. *v.* AGUIRRE.   Motion for leave to file amended brief in opposition to petition for writ of certiorari in No. 317 granted. Petitions for writs of certiorari to the United States Court of Appeals for the Fifth Circuit denied.   *John H. Benckenstein* for petitioner, and *Joe H. Tonahill* for respondent in No. 317.   *Reo Knowles* for petitioner, and *William Vandercreek* and *Marvin Jones* for respondent in No. 318. *Josh Groce* for petitioner, and *Rudy Rice* and *William Vandercreek* for respondent in No. 319.

No. 108, Misc.   ANDREWS *v.* BLACKWELL, WARDEN. C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.

No. 121, Misc.   BURKE *v.* REID, JAIL SUPERINTENDENT. United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.